UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.  Criminal No. 04-10085-RGS

Minh Phan

### APPOINTMENT OF FEDERAL DEFENDER

**DEIN, U.S.M.J.**

The above-named defendant has not waived the right to counsel and this Court has established the defendant is financially unable to retain counsel.

It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of March 31, 2004 to represent said defendant in this cause until further order of the Court.

By the Court,

---S---
Thomas F. Quinn
Deputy Clerk

Date: April 8, 2004