UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 04-10085-RGS |
| | ) |
| MINH N. PHAN, et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION TO UNSEAL

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves this Court to unseal the Indictment in the above-captioned matter on the grounds that there is no longer a law enforcement purpose for its sealing.

WHEREFORE, the government respectfully requests this Court to allow its Motion to Unseal.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney

DOCKETED

So ordered:

/s/ Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge

Dated: March 31, 2004

DOCKETED