AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MINH NGOC PHAN

**WARRANT FOR ARREST**

CASE NUMBER: 04-10085-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MINH NGOC PHAN**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
bulk cash smuggling,

in violation of Title _____ United States Code, Section(s) 5332(a)(1)

Sheila _____           Supervisor
Name of Issuing Officer    Title of Issuing Officer

_____ [signature]        3-25-04 — Boston, Ma
Signature of Issuing Officer    Date and Location

Bail fixed at $ _____ by _____
                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/7/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.