UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10085-RGS

UNITED STATES OF AMERICA

v.

MINH NGOC PHAN

**FURTHER ORDER ON EXCLUDABLE TIME**

May 18, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 4, 2004 through June 21, 2004,

that being the period between the expiration of the initial order on excludable time and the next Status Conference.

Based upon the prior order of the court dated April 6, 2004, and this order, at the time of the Interim Status Conference on June 21, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge