UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10085-RGS |
| | ) | |
| MIHN NGOC PHAN | ) | |
| | ) | |

<u>Motion to Modify Conditions of Release</u>

Defendant, Mihn Phan, through his counsel respectfully requests that this Court allow him to travel with family to Brattleboro, Vermont on June 14, 2004, for his father's sentencing hearing in Federal Court. In addition, Mr. Phan requests that his curfew be extended to 11:00 p.m. on that day.

The defendant's Pre-Trial Services Officer, Basil Cronin, and the Assistant United States Attorney assigned to this case, Heidi Breiger, have no objection to this request.

MIHN NGOC PHAN
By his attorney,

/s/Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061