UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10085-RGS |
| | ) | |
| MIHN NGOC PHAN | ) | |
| | ) | |

Second Motion to Modify Conditions of Release

Defendant, Mihn Phan, recently filed an assented-to motion to modify the conditions of his release so that he could travel with family to Brattleboro, Vermont on June 14, 2004, for his father's sentencing hearing in Federal Court. The motion was allowed. Mr. Phan has just informed counsel that his father's court date was continued to July 1, 2004.

Therefore defendant now requests that the Court allow Mr. Phan to travel to Vermont and to extend his curfew to 11:00 p.m., as previously allowed, but that the date be changed from June 14 to July 1.

MIHN NGOC PHAN
By his attorney,

/s/Page Kelley
Page Kelley
 B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061