UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10085-RGS

UNITED STATES OF AMERICA

v.

MINH NGOC PHAN

**FURTHER ORDER ON EXCLUDABLE TIME**

September 28, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 28, 2004 through October 26, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated April 6, 2004, May 18, 2004, June 21, 2004, August 3, 2004 and this order, at the time of the Final Status Conference on October 26, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge