UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                    CRIMINAL NO. 04-10085-RGS

MINH NGOC PHAN

# NOTICE OF CONFERENCE

**STEARNS, DJ.**                              **OCTOBER 27, 2004**

    COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO APPEAR FOR A "PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE" ON:

**MONDAY, NOVEMBER 8, 2004 AT 3:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

           BY:

                                              /s/ Mary H. Johnson
                                                Deputy Clerk

TO: AUSA Brieger; Page Kelley, Esq.