UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10085-RGS |
| ) | |
| MIHN NGOC PHAN ) | |
| ) | |

<u>Assented-to Motion to Modify Conditions of Release</u>

Defendant, Mihn Phan, respectfully requests that this Court modify his conditions of release to allow him to visit his Uncle in Merrero, Louisiana from February 3 through February 14. The defendant is on pretrial release and has been compliant with his conditions. He has plead guilty to the above-numbered indictment and is to be sentenced on March 16, 2005. He has already been interviewed by Probation Officer Michelle Roberts, so the trip will not interfere with the preparation of the Presentence Report.

The defendant's Pretrial Services Officer, Basil Cronin, and the Assistant United States Attorney assigned to this case, Heidi Brieger, have no objection to this request. The defendant will comply with whatever conditions Mr. Cronin requires, such as informing Mr. Cronin of the address where he is staying and making whatever telephone contact Mr. Cronin feels is appropriate.

    MIHN NGOC PHAN
    By his attorney,
    /s/Page Kelley
    Page Kelley
      B.B.O. #548237
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061