UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                                  CRIMINAL NO. 04-10085-RGS

MINH PHAN

## NOTICE OF RE-SCHEDULED SENTENCING

STEARNS, DJ.                                                              FEBRUARY 8, 2005

SENTENCING IN THE ABOVE-CAPTIONED ACTION IS HEREBY RE-SCHEDULED TO:

WEDNESDAY, APRIL 20, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: /s/ Mary H. Johnson
Deputy Clerk

TO: AUSA Brieger; Atty. Page Kelley; Michelle Roberts, USPO.