UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10085-RGS |
| ) | |
| MINH PHAN    ) | |
| ) | |

*Allowed R.M. Stearns DJ 3-3-06.*

FILED IN CLERKS OFFICE
2006 MAR -2 P 4:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR COURT ORDER FOR RELEASE OF BOND

Now comes defendant through counsel and requests that this Honorable Court endorse the attached order, requesting that the $10,000 cash posted in this case be released to the defendant's sister, Tiffany Tran, who posted it.

MINH PHAN
By his attorney,

/s/ Page Kelley
Page Kelley
 B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 2, 2006.

/s/ Page Kelley
Page Kelley

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10085-RGS |
| ) | |
| MINH PHAN ) | |
| ) | |

## COURT ORDER

The Clerk, United States District Court, District of Massachusetts, is hereby ordered to release the $10,000 cash bond previously posted in the above-numbered case.

Date: 3-3-06.

_____
Hon. Richard G. Stearns
United States District Judge