UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10085-RGS |
| | ) |
| MINH PHAN | ) |
| | ) |

## COURT ORDER

The Clerk, United States District Court, District of Massachusetts, is hereby ordered to release the $10,000 cash bond previously posted in the above-numbered case.

Date: 3-3-06.

_____
Hon. Richard G. Stearns
United States District Judge